An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63125

**FILED**

JUN 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying motions to amend complaint. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to amend complaint, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____

[1]We have considered the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above.

13-16677

cc:   Hon. Doug Smith, District Judge
Ikemefula Charles Ibeabuchi
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk